**364**

**CONSOLIDATED FREIGHTWAYS, INC.**

v.

**Charles MURPHY.**

**No. 17262.**

United States Court of Appeals
Eighth Circuit.

May 6, 1963.

Joseph J. Kelly, Jr., Richard H. Spencer, Don. W. Giffin, Kansas City, Mo., and William J. Hickey, Washington, D. C., for appellant.

Margolin & Kirwan, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed on Request of appellant.

**Steven Douglas HUGHES**

v.

**Floyd R. GIBSON, U. S. District Judge for the Western District of Missouri.**

**No. 17347.**

United States Court of Appeals
Eighth Circuit.

May 16, 1963.

Steven Douglas Hughes, pro se.

F. Russell Millin, U. S. Atty., for appellee.

PER CURIAM.

Leave granted to docket application for writ of mandamus in forma pauperis and application for writ denied.

**Thomas T. SWISHER**

v.

**John W. OLIVER, U. S. District Judge for the Western District of Missouri.**

**No. 17346.**

United States Court of Appeals
Eighth Circuit.

May 16, 1963.

F. Russell Millin, U. S. Atty., for appellee.

Thomas T. Swisher, pro se.

PER CURIAM.

Leave granted to docket application for writ of mandamus in forma pauperis and application for writ denied.

**NATIONAL LABOR RELATIONS BOARD**

v.

**HART'S BAKERY, INC.**

**No. 17340.**

United States Court of Appeals
Eighth Circuit.

May 20, 1963.

Dominick L. Manoli, Associate Gen. Counsel and Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., for petitioner.

Robert A. Dempster, Sikeston, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, etc. on petition of Board for enforcement and stipulation filed with Board.